DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O Box 50013
San Jose, CA 95150-0013

Telephone: (408) 354-4413
Facsimile:  (408) 354-5513

Trustee for Debtor(s)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA - DIVISION 5

| | |
|---|---|
| In re:<br><br>PROWSE, WILLIAM ERROL III<br><br><br><br><br><br>_____ Debtor(s) | Chapter 13<br>Case No.<br><br>TRUSTEE'S STATEMENT OF NON-OPPOSITION TO DEBTOR'S APPLICATION TO SELL PERSONAL PROPERTY WITH CERTIFICATE OF SERVICE |

    Pursuant to the terms of the plan confirmed in this case, the Debtor may sell personal property upon the approval of the Standing Trustee. The Trustee reviewed an application dated FEBRUARY 17, 2016, a copy of which is attached hereto as Exhibit "A" seeking her approval to SELL personal property. The Standing Trustee does not oppose the proposed transaction and hereby provides her approval.

Dated: March 4, 2016

/S/ Devin Derham-Burk
_____
Chapter 13 Standing Trustee

# CERTIFICATE OF SERVICE BY MAIL

I am not less than 18 years of age and not a party to the within case; my business address is 983 University Ave. C-100, Los Gatos, California 95032. I served a copy of the within TRUSTEE'S STATEMENT OF NON-OPPOSITION TO DEBTOR'S APPLICATION TO SELL PERSONAL PROPERTY by placing same in an envelope in the U.S. Mail at Los Gatos, California on March 4, 2016.

Said envelopes were addressed as follows:

WILLIAM ERROL PROWSE III
PO BOX 51974
PACIFIC GROVE CA 93950


LAW OFFICES OF DAVID A BOONE
1611 THE ALAMEDA
SAN JOSE CA 95126


/S/ Erica Reyes _____
Office of Devin Derham-Burk, Trustee